# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CORNELIUS DAVIS,**

    **Plaintiff,**

**v.**                                                           **Case No. 3:23cv930-TKW-HTC**

**SOUTHEAST QSR LLC,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 73) and Plaintiff's "Motion to Response to Summary Judgment" (Doc. 74). The Court will treat Plaintiff's motion as an objection to the R&R under Fed. R. Civ. P. 72(b)(2).

Upon de novo review of the issues raised in the objection in accordance with 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that Defendant is entitled to summary judgment because there is no evidence from which a reasonable jury could find that Defendant discriminated or retaliated against Plaintiff. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

    2.    Defendant's motion for summary judgment (Doc. 62) is GRANTED.

    3.    The Clerk shall enter judgment in favor of Defendant and close the case file.

**DONE and ORDERED** this 26th day of August, 2024.

*/s/ T. Kent Wetherell, II*

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**